## United States District Court for the Northern District of Illinois

Case Number: 07CV6831     Assigned/Issued By: J. N.

Judge Name: MORAN     Designated Magistrate Judge: ASHMAN

---

**FEE INFORMATION**

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00

[ ] IFP    [ ] No Fee    [ ] Other _____

[ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350     Receipt #: 1115770

Date Payment Rec'd: 12-4-07     Fiscal Clerk: J. N.

---

**ISSUANCES**

[✓] Summons     [ ] Alias Summons

[ ] Third Party Summons     [ ] Lis Pendens

[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

_____

(Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
(Type of Writ)

1 Original and 1 copies on 12-4-07 as to ARROW PATTERN & FOUNDRY CO.
                                                   (Date)