UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Board of Trustees of the Pattern Makers Welfare
Fund of Chicago and Vicinity

                                    Plaintiff,

v.                                  Case No.: 1:07−cv−06831

                                    Honorable James B. Moran

Arrow Pattern & Foundry Co.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 9, 2008:

MINUTE entry before Judge James B. Moran : Status hearing is set for 2/28/2008 at 09:15 AM. pursuant to Rule 16 of the F.R.C.P.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.