# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

**07C 6831**

BOARD OF TRUSTEES OF THE
PATTERN MAKERS WELFARE FUND
OF CHICAGO AND VICINITY

Docket Number: _____

Assigned Judge: **JUDGE MORAN**

v.

Designated
Magistrate Judge: **MAGISTRATE JUDGE ASHMAN**

ARROW PATTERN & FOUNDRY CO., an
Illinois Corporation, and JOHN KUCHAY,
Individually,

TO: (Name and address of defendant)

Arrow Pattern & Foundry Co.
an Illinois Corporation,

c/o Registered Agent
Walter Piecewicz
~~1103 N. Lombard Ave.~~
~~Oak Park, IL 60302~~

111 W. Washington -
Suite 1150
Chicago IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

HUGH B. ARNOLD
STEVEN F. MCDOWELL
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS

DEC 0 4 2007

_____
Michael W. Dobbins, Clerk

_____
(by) Deputy Clerk

Date

Jan 10 2008 2:05PM HP LASERJET FAX  p.5
Case 1:07-cv-06851 Document 8  Filed 01/11/2008 Page 2 of 2
AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/8/08 @ 12:20pm |
| NAME OF SERVER (PRINT) Brian Rickel | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

Served Arrow Pattern & Foundry Co c/o its Res Agent Walter Piecewicz at law office 111 W. Washington Ste 1150 Chicago IL 60602 W/M 55 glasses gray/brown hair

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/8/08
Date

Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.