# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6831 | **DATE** | 1/17/2008 |
| **CASE TITLE** | BD OF TRUSTEES vs. ARROW PATTERN & FOUNDRY CO. | | |

**DOCKET ENTRY TEXT**

The clerk of court is directed to remove document no. 7 which was filed on 1/11/2008, the electronic filing of " Return of Summons", as it was filed in error.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|