IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE<br>PATTERN MAKERS WELFARE FUND<br>OF CHICAGO AND VICINITY, | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | 07 C 6831 |
| ARROW PATTERN & FOUNDRY CO.,<br>an Illinois Corporation, | )<br>)<br>)<br>) | Judge Moran<br>Magistrate Judge Ashman |
| Defendants. | ) | |

MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO JOIN
JOHN KUCHAY, INDIVIDUALLY, AS ADDITIONAL PARTY DEFENDANT

Plaintiff, Board of Trustees of the Pattern Makers Welfare Fund of Chicago and Vicinity, in their capacity as fiduciary of the Pattern Makers Welfare Fund of Chicago and Vicinity (hereinafter Welfare Fund), by their attorneys, Hugh B. Arnold and Steven F. McDowell, pursuant to Rule 15(a), 20 and 21 of the Federal Rules of Civil Procedure, request that this Court grant them leave to file the appended First Amended Complaint and to join John Kuchay, individually, as an additional party Defendant. In support of this Motion, Plaintiff states:

1. This case was originally brought because of a delinquency in contributions to the Welfare Fund for periods after July 1, 2007.

2. On January 1, 2008, current Defendant, Arrow Pattern and Foundry Co. and its President, John Kuchay, in both his corporate and individual capacity breached the terms of an installment note for delinquent contributions to the Welfare Fund by failing to

make the payment when due, thereby accelerating the remaining amounts due under the Note.

3. The Welfare Fund requests leave to file this first amended complaint adding the counts against Arrow Pattern and Kuchay for breach of the installment note and adding Kuchay as a party Defendant.

WHEREFORE, Plaintiffs pray that this Court grant leave to file the appended First Amended Complaint, to add John Kuchay as a party Defendant and to order that a summons issue to additional Defendant, John Kuchay.

BOARD OF TRUSTEES OF THE
PATTERN MAKERS WELFARE FUND
OF CHICAGO AND VICINITY,

_____
By One of Their Attorneys

Hugh B. Arnold
Steven F. McDowell
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, IL 60604
(312) 236-0415
ATTORNEYS FOR PLAINTIFFS