IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PATTERN MAKERS WELFARE FUND OF CHICAGO AND VICINITY, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 07 C 6831 |
| ARROW PATTERN & FOUNDRY CO., an Illinois Corporation, ) ) ) | Judge Moran |
| ) | Magistrate Judge AShman |
| Defendant. ) | |

## NOTICE OF MOTION

To: Arrow Pattern & Foundry Co.
an Illinois Corporation
c/o Registered Agent
Walter M. Piecewicz
1103 N. Lombard Avenue
Oak Park, Illinois 60302-0000

Thomas Brejcha
Law Offices of Thomas Brejcha
29 S. LaSalle Street, Suite 440
Chicago, Illinois 60603

PLEASE TAKE NOTICE that on February 13, 2008, at 9:00 a.m., I will appear before the Honorable Judge Moran in Room 1843 and then and there present the attached Motion for Leave to File First Amended Complaint and To Join John Kuchay, Individually, as Additional Party Defendant, a copy of which is attached hereto.

Respectfully submitted,

s/Steven F. McDowell
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: January 22, 2008

## CERTIFICATE OF SERVICE

  I hereby certify that on January 22, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

Arrow Pattern & Foundry Co.
an Illinois Corporation
c/o Registered Agent
Walter M. Piecewicz
1103 N. Lombard Avenue
Oak Park, Illinois 60302-0000

Thomas Brejcha
Law Offices of Thomas Brejcha
29 S. LaSalle Street, Suite 440
Chicago, Illinois 60603

                s/Steven F. McDowell
                ARNOLD AND KADJAN
                19 W. Jackson Blvd., Suite 300
                Chicago, IL 60604
                Telephone No.: (312) 236-0415
                Facsimile No.: (312) 341-0438
                Dated: January 22, 2008