IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PATTERN MAKERS WELFARE FUND OF CHICAGO AND VICINITY, <br><br> Plaintiff, <br><br> v. <br><br> ARROW PATTERN & FOUNDRY CO., an Illinois Corporation, and JOHN KUCHAY, Individually, | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 07 C 6831 <br><br> Judge Moran <br><br> Magistrate Judge Ashman |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   Arrow Pattern & Foundry Co.
      an Illinois Corporation
      c/o Registered Agent
      Walter M. Piecewicz
      1103 N. Lombard Avenue
      Oak Park, Illinois  60302-0000

      Thomas Brejcha
      Law Offices of Thomas Brejcha
      29 S. LaSalle Street, Suite 440
      Chicago, Illinois  60603

PLEASE TAKE NOTICE that on February 13, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division Plaintiff's Amended Complaint, a copy of which is attached hereto and served upon you.

                    BOARD OF TRUSTEES OF THE PATTERN
                    MAKERS WELFARE FUND OF CHICAGO AND
                    VICINITY, Plaintiff

                    s/Steven F. McDowell
                    ARNOLD AND KADJAN
                    19 W. Jackson Blvd., Suite 300
                    Chicago, IL 60604
                    Telephone No.:  (312) 236-0415
                    Facsimile No.:   (312) 341-0438
                    Dated:  February 13, 2008

## CERTIFICATE OF SERVICE

  I hereby certify that on February 13, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

Arrow Pattern & Foundry Co.
an Illinois Corporation
c/o Registered Agent
Walter M. Piecewicz
1103 N. Lombard Avenue
Oak Park, Illinois 60302-0000

Thomas Brejcha
Law Offices of Thomas Brejcha
29 S. LaSalle Street, Suite 440
Chicago, Illinois 60603

            s/Steven F. McDowell
            ARNOLD AND KADJAN
            19 W. Jackson Blvd., Suite 300
            Chicago, IL 60604
            Telephone No.: (312) 236-0415
            Facsimile No.: (312) 341-0438
            Dated: February 13, 2008