# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6831 | **DATE** | 2/13/2008 |
| **CASE TITLE** | BOARD OF TRUSTEES OF THE PATTERN MAKERS WELFARE FUND… vs. ARROW PATTERN & FOUNDRY CO. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file first amended complaint and to join John Kuchay, individually, as additional party defendant [10] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|

Case 1:07-cv-06831 Document 14 Filed 02/13/2008 Page 1 of 1

07C6831 BOARD OF TRUSTEES OF THE PATTERN MAKERS WELFARE FUND… vs. ARROW PATTERN & FOUNDRY CO. Page 1 of 1