UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Board of Trustees of the Pattern Makers Welfare
Fund of Chicago and Vicinity
                    Plaintiff,

v.                    Case No.: 1:07−cv−06831

                    Honorable James B. Moran

Arrow Pattern & Foundry Co., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 28, 2008:

      MINUTE entry before Judge James B. Moran :Status hearing held on 2/28/2008 and continued to 3/20/2008 at 09:15 AM. Defendant's answer to complaint due 3/7/2008.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.