# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

BOARD OF TRUSTEES OF THE PATTERN MAKERS WELFARE FUND OF CHICAGO AND VICINITY, plaintiff, vs. ARROW PATTERN & FOUNDRY CO., et al, defendant

Case Number: 07 C 6831

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ARROW PATTERN & FOUNDRY CO. and JOHN KUCHAY, defendants

| | |
|---|---|
| NAME (Type or print) <br> Thomas Brejcha | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Thomas Brejcha | |
| FIRM <br> Law Office of Thomas Brejcha | |
| STREET ADDRESS <br> 29 South LaSalle St., Suite 440, | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC #0288446 | TELEPHONE NUMBER <br> 312-782-1680 ofc, 312-590-3408 cell |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |