IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES, etc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 6831 |
| vs. | ) | Judge Moran |
| | ) | Magistrate Judge Ashman |
| ARROW PATTERN & FOUNDRY CO., | ) | |
| and JOHN KUCHAY, | ) | |
| | ) | |
| Defendants. | ) | |

MOTION FOR ONE WEEK'S FURTHER EXTENSION OF TIME

Defendants, ARROW PATTERN & FOUNDRY CO., an Illinois corporation, and JOHN KUCHAY, having today filed their appearance herein by their undersigned counsel, hereby respectfully move that the Court grant them another short extension of time, consisting of another week, until Friday, March 14, 2008, within which they must answer or otherwise plead to the amended complaint herein.  Counsel requires more time to consult with his client relating to complex accounting issues arising out of the alleged indebtedness upon which plaintiff is suing herein.  The dispute is also subject to an ongoing grievance proceeding involving defendants and the union representing the corporate defendants' bargaining unit, which defendant Kuchay has been handling *pro se,* and this factor too has necessitated counsel's closer examination of the matters at issue with his clients.

WHEREFORE, defendants pray that the Court extend their time to answer or plead until next Friday, March 14, 2008, and grant them all other relief to which they may be entitled.

   /s/Thomas Brejcha   
Attorney for defendants

Of Counsel:

Thomas Brejcha
Law Office of Thomas Brejcha
29 So. LaSalle St., Suite 440
Chicago, Illinois 60603
ARDC #0288446
Tel. 312-782-1680
Fax 312-782-1887