IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES, etc.    ) | |
|                                   ) | |
|         Plaintiff,    ) | |
|                                   ) | No. 07 C 6831 |
| vs.    ) | Judge Moran |
|                                   ) | Magistrate Judge Ashman |
| ARROW PATTERN & FOUNDRY CO.,    ) | |
| and JOHN KUCHAY,    ) | |
|                                   ) | |
|        Defendants.    ) | |

TO:    Steven McDowell, Esq.
        Arnold & Kadjan
        19 West Jackson Blvd., Suite 300
        Chicago, IL 60604
        sfmcdowell@hotmail.com
        FAX 312-341-0438

NOTICE OF MOTION

        Please take notice that on Thursday, March 13, 2008, at 9:00 a.m. or as soon as counsel may be heard, the undersigned counsel for defendants will appear before the Hon. James B. Moran, presiding Judge, or whoever may be sitting in his stead, in Room 1843 or wherever he may be sitting, in the Everett McKinley Dirksen Building, 219 So. Dearborn St., Chicago, Illinois, and then and there will present Defendants' Motion for One Week Further Extension to Answer or Otherwise Plead, a copy of which is served on you herewith, together with counsel's appearance for said defendants.  Please advise if you have no objection to this motion.

Of Counsel:                                                      ___/s/Thomas Brejcha_____
Thomas Brejcha                                            One of the attorneys for defendants
Law Office of Thomas Brejcha
29 So. LaSalle St., Suite 440
Chicago, Illinois 60603
Tel. 312-782-1680
Fax 312-782-1887
email: brejcha@aol.com
ARDC #0277446

CERTIFICATE OF SERVICE

      Thomas Brejcha hereby certifies that on March 7, 2008, he caused a copy of the foregoing Notice of Motion together with the motion referred to therein and counsel's appearance to be transmitted electronically to the Clerk of the Court using the CM/ECF system for delivery electronically to the following person to whom this notice is addressed:

        Steven McDowell
        Arnold & Kadjan
        19 West Jackson Blvd., Suite 330
        Chicago, Illinois 60604
        sfmcdowell@hotmail.com

                /s/Thomas Brejcha