IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES, etc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 6831 |
| vs. | ) | Judge Moran |
| | ) | Magistrate Judge Ashman |
| ARROW PATTERN & FOUNDRY CO., and JOHN KUCHAY, | ) ) | |
| | ) | |
| Defendants. | ) | |

TO:   Steven McDowell, Esq.
      Arnold & Kadjan
      19 West Jackson Blvd., Suite 300
      Chicago, IL 60604
      sfmcdowell@hotmail.com
      FAX 312-341-0438

NOTICE OF FILING

Please take notice that on Wednesday, April 16, 2008, the undersigned counsel caused to be filed with the Clerk of the above Court defendants' motion for leave to file answer *instanter* and to reset status date, copies of which are served upon you herewith, together with defendants' answer to the amended complaint tendered for filing herewith.

Of Counsel:                                    /s/ Thomas Brejcha
Thomas Brejcha                                 One of the attorneys for defendants
Law Office of Thomas Brejcha
29 So. LaSalle St., Suite 440
Chicago, Illinois 60603
Tel. 312-782-1680
Fax 312-782-1887
email: brejcha@aol.com
ARDC #0277446

CERTIFICATE OF SERVICE

      Thomas Brejcha hereby certifies that on April 16, 2008, he caused a copy of the foregoing Notice of Filing together with the motion referred to therein and defendants' proposed Answer to the Amended Complaint to be transmitted electronically to the Clerk of the Court using the CM/ECF system for delivery electronically to the following person to whom this notice is addressed:

      Steven McDowell
      Arnold & Kadjan
      19 West Jackson Blvd., Suite 330
      Chicago, Illinois 60604
      sfmcdowell@hotmail.com

      **s/Thomas Brejcha**