U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>BOARD OF TRUSTEES OF THE PATTERN MAKERS WELFARE FUND OF CHICAGO AND VICINITY<br>v. ARROW PATTERN & FOUNDRY CO., an Illinois corporation | Case Number: 07 C 6831 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BOARD OF TRUSTEES OF THE PATTERN MAKERS
WELFARE FUND OF CHICAGO AND VICINITY

| |
|---|
| NAME (Type or print)<br>JOHN J. TOOMEY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John J. Toomey |
| FIRM<br>Arnold and Kadjan |
| STREET ADDRESS<br>19 W. Jackson Boulevard, Suite 300 |
| CITY/STATE/ZIP<br>Chicago, Illinois  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3122527 | TELEPHONE NUMBER<br>(312) 236-0415 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |