# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6831 | **DATE** | 6/3/2008 |
| **CASE TITLE** | BOARD OF TRUSTEES vs. ARROW PATTERN & FOUNDRY CO. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 8/28/2008 at 9:15 a.m. Defendants' agreed motion for leave to file answer instanter and to reset status date [22] is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LG |
|---|---|---|