**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Board of Trustees of the Pattern Makers Welfare
Fund of Chicago and Vicinity

                                          Plaintiff,

v.                                                    Case No.:
                                                      1:07–cv–06831
                                                      Honorable James B.
                                                      Moran

Arrow Pattern & Foundry Co., et al.

                                          Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, August 28, 2008:


        MINUTE entry before the Honorable James B. Moran:Status hearing held on
8/28/2008 and continued to 12/4/2008 at 09:15 AM. Mailed notice(ldg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.